UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

**CATHY M. COE,**

      **Plaintiff,**

                                                                   CV-06-174-BLG-CSO

  v.

**MICHAEL J. ASTRUE, Commissioner**         **JUDGMENT IN A CIVIL CASE**
**of Social Security,**

      **Defendants.**

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** IT IS ORDERED that the Commissioner''s motion for summary judgment (Court's doc. No. 20) is GRANTED, Coe's motion for summary judgment (Court's doc. No. 17) is DENIED, and the Commissioner's decision is AFFIRMED.

JUDGMENT IS ENTERED IN FAVOR OF MICHAEL J. ASTRUE, Commissioner of Social Secuirty.

     Dated this 31st day of August , 2007.


                                      PATRICK E. DUFFY, CLERK

                              By: <u>/s/ Heather M. McLean</u>
                                    Heather M. McLean, Deputy Clerk